PROVIDENCE STOCK CO. v. MUTH. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by the Provi-

dence Stock Company against Edward A. Muth. No opinion. Motion granted, without costs to either party.